material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 55990.**—Wm. S. Pitcairn Corp. et al. *v.* United States, protests 130218–K, etc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of earthenware and china figures similar in all material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 55991.**—Air Clearance Assn., Inc., and Southern California Bird & Pet Exchange *v.* United States, protests 169371–K and 169362–K (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

**No. 55992.**—Alfred A. Mazer *v.* United States, protest 172942–K (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

**No. 55993.**—A. G. Skourtsis *v.* United States, protests 144061–K, etc. (New York).

Opinion by CLINE, J.   The protests were dismissed.

**No. 55994.**—H. S. Dorf & Co., Inc. *v.* United States, protest 152170–K (A) (New York).

Opinion by CLINE, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 13, 1951

**No. 55995.**—H. B. Rosenberg Co. *v.* United States, petition 6816–R (New York).

Opinion by CLINE, J.   At the trial the import manager of the customs broker testified that prior to entry, he requested the importer to furnish information with